UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------------------x
LAWRENCE FULTZ,                              :
an individual,                               :        CASE NO.: 15-cv-7179-KDE-SS
                                             :
           Plaintiff,                        :
                                             :
vs.                                          :
                                             :
                                             :
                                             :
DOCTOR'S ASSOCIATES INC.                     :
RETIF/WESTBANK EXP, L.L.C.                   :
RS7947 INC;                                  :
SUBWAY REAL ESTATE                           :
CORPORATION; and                             :
THE ORIGINAL ITALIAN PIE                     :
FRANCHISING COMPANY, LLC,                    :
                                             :
                                             :
           Defendants.                       :
-------------------------------------------------------x
```

## ORDER

Considering the CONSENT MOTION TO DISMISS CASE WITH SIXTY (60) DAY ORDER submitted by Lawrence Fultz, Plaintiff, through his undersigned counsel, and the representations contained therein regarding the settlement of this matter and the consent by defendants DOCTOR'S ASSOCIATES INC., SUBWAY REAL ESTATE CORP., RS7947 INC, and THE ORIGINAL ITALIAN PIE FRANCHISING COMPANY, LLC to the entry of this relief:

**IT IS ORDERED THAT:**

1. The claims and demands asserted by Lawrence Fultz, Plaintiff, against defendants are hereby dismissed with prejudice, with each party to bear its own costs.

2. Any party may file a motion to reopen Plaintiff's action if a full and final settlement agreement is not consummated within sixty (60) days.

3.	This case shall be closed for administrative purposes by the Clerk of Court.

New Orleans, Louisiana, this ____28th_____ day of ____March_____, 2016.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**